IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EPIC CAPITAL HOLDINGS, INC.,

       Plaintiff,

vs.

RONALD CHRISTENSEN;
KATHLEEN CHRISTENSEN,

       Defendants.

Case No. 2:13-cv-0196 GEB DAD PS

ORDER

       Defendants are proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

       On April 9, 2013, the magistrate judge filed findings and recommendations herein which were served on defendants and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and defendants have not filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 9, 2013 (Doc. No. 5) are adopted in full;

2. This action is summarily remanded to the Sacramento County Superior Court; and

3. This case is closed.

Dated: May 30, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge